157 So. 920

**Less, alias Les, HORN v. STATE.**
I Div. 141.

Court of Appeals of Alabama.
Nov.. 20, 1934.

RICE, Judge.
Affirmed.

---

159 So. 892

**T. B. HOSMER, alias T. B. Hosmer, Junior, v. STATE.**
6 Div. 729.

Court of Appeals of Alabama.
Dec. 18, 1934.

RICE, Judge.
Affirmed.

---

157 So. 920

**George HOWARD v. STATE.**
5 Div. 947.

Court of Appeals of Alabama.
Nov. 27, 1934.

SAMFORD, Judge.
Affirmed.

---

163 So. 907

**James H. HOWELL v. STATE.**
6 Div. 828.

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Affirmed.

---

162 So. 923

**Roy HUBBARD v. STATE.**
2 Div. 574.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

---

162 So. 923

**Pickens HUBBARD v. STATE.**
2 Div. 576.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

---

162 So. 921

**Walton, alias Baldie, HUBBARD v. STATE.**
2 Div. 573.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

---

154 So. 922

**HUFFSTUTLER & CO. v. Louis A. LEHR.**
6 Div. 608.

Court of Appeals of Alabama.
April 19, 1934.

J. M. Barbee, of Birmingham, for appellant.

Clifford Emond, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.